UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE LAMONT DAVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION TRUST OFFICE OFFICIALS, et al.,<br><br>        Defendants. | Case No.: 1:18-cv-01393-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF<br><br>[ECF Nos. 5, 7, 8, 9, 10] |

Plaintiff Terrence Lamont Davis is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 1, 2018, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's October 29, 2018 motion requesting access to the law library be denied. (ECF Nos. 5, 7.) The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days. No objections have been filed and the time to do so has expired.

///

///

///

1

On November 14, 2018, the Magistrate Judge issued Findings and Recommendations that Plaintiff's November 13, 2018 motions for injunctive relief be denied. (ECF Nos. 8, 9, 10.) The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days. No objections have been filed and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on November 1, 2018 and November 14, 2018, are adopted in full; and

2. Plaintiff's motions for injunctive relief, filed on October 29, 2018 (ECF No.5) and November 13, 2018 (ECF Nos. 8, 9), are denied.

IT IS SO ORDERED.

Dated: December 20, 2018

SENIOR DISTRICT JUDGE