# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE LAMONT DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION TRUST OFFICE OFFICIALS, et al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-01393-AWI-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>[ECF No. 18] |

　　Plaintiff Terrence Lamont Davis is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　On February 12, 2019, Plaintiff filed a notice of dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure. (ECF No. 18.)

　　"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078.

///

1

In this action, no defendant has been served, and no answer or motion for summary judgment has been filed. Accordingly, Plaintiff' notice of voluntary dismissal is granted, and this his action, and all pending motions and deadlines, are terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS SO ORDERED.

Dated: **February 13, 2019**

UNITED STATES MAGISTRATE JUDGE